IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
SEP 0 2 2014
Clerk, U.S. District Court
District Of Montana
Missoula

CV-13-mc-00006-DLC

IN RE:

CHARLES ADAM FIECHTNER, SR.

ORDER

A vexatious litigant order was issued on March 4, 2013 requiring that all future filings by Mr. Charles Fiechtner be reviewed to determine whether the pleading should be filed as a civil action and allowed to proceed. *See Fiechtner v. Young, et al.*, 13-cv-09-M-DLC-JCL, Doc. 3. Pursuant to that Order, Fiechtner is barred from filing the following actions in this Court: a) any action with vague, conclusory, irrational, delusional, incomprehensible, or fanciful allegations; b) any action which fails to set forth adequately supported, non-conclusory, short and plain statements of his claims showing he is entitled to relief as required by Fed. R. Civ. P. 8(a); c) any action alleging defendants have prevented him from becoming the President of the United States or a "star inventor" and d) any action asserting conclusory allegations that defendants caused Fiechtner to sustain millions, billions, trillions, or zillions of dollars in damages. *Id.*

On August 22, 2014 and August 25, 2014, Fiechtner submitted a number of

1

complaints and other filings. Among the defendants named in those complaints are Mountain Line, Subway, the Homestead Act, the 50 states governors, the City of Montana , the police of Montana, the County of Montana, Texas, war crimes, environmental crimes, and the chronically ill. He makes allegations of constitutional and civil rights violations, murder, treason, capital punishments, and stalking but provides no factual basis for these allegations.

The pleadings fall within the provisions of the March 4, 2013 Order. They are vague, irrational, incomprehensible, conclusory and fanciful, do not provide short and plain statements of any claim showing that Fiechtner is entitled to relief, and make conclusory allegations that defendants caused extensive monetary damages.

IT IS HEREBY ORDERED THAT all documents submitted on August 22, 2014 (Doc. 156) and all documents submitted on August 25, 2014 (Doc. 157) are barred by the March 4, 2013 Order and will not be filed. No further action will be taken on these pleadings.

DATED this 2nd day of September, 2014.

Dana L. Christensen, District Judge
United States District Court